UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE TAYLOR,

       Plaintiff,　　　　　　　　　　　　Case Number 18-11650
v.　　　　　　　　　　　　　　　　　　　Honorable David M. Lawson

STEVEN HORTON, AGENT MALOOF,
and MICHIGAN DEPARTMENT OF
CORRECTIONS,

       Defendants.
_____/

## JUDGMENT

On February 14, 2020, the jury returned its verdict finding for the defendants on all of the plaintiff's claims.

Accordingly, it is **ORDERED AND ADJUDGED** that the plaintiff takes nothing on his complaint and the case is **DISMISSED WITH PREJUDICE**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Date:   February 14, 2020

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on February 14, 2020.

                       s/Susan K. Pinkowski
                       SUSAN K. PINKOWSKI